IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:10-CV-183-RLV-DCK

| | |
|---|---|
| KAVASKI F. DADACHANJI, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE, INC., FRANK M. DRENDEL, MARVIN S. EDWARDS, JR., JEARLD L. LEONHARDT, BOYD L. GEORGE, GEORGE N. HUTTON, JR., KATSUHIKO OKUBO, RICHARD C. SMITH, JUNE E. TRAVIS, JAMES N. WHITSON, THE CARLYLE GROUP, CEDAR I HOLDING COMPANY, INC., and CEDAR I MERGER SUB, INC.,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) concerning John Ludlow Latham, filed December 6, 2010. Mr. Latham seeks to appear as counsel *pro hac vice* for Defendants The Carlyle Group, Cedar I Holding Company, Inc., and Cedar I Merger Sub, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Latham is admitted to appear before this court *pro hac vice* on behalf of Defendants The Carlyle Group, Cedar I Holding Company, Inc., and Cedar I Merger Sub, Inc.

Signed: December 6, 2010

David C. Keesler
United States Magistrate Judge