# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO.: 5:10-CV-183-RLV-DCK

| | |
|---|---|
| KAVASKI F. DADACHANJI, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE, INC., FRANK M. DRENDEL, MARVIN S. EDWARDS, JR., JEARLD L. LEONHARDT, BOYD L. GEORGE, GEORGE N. HUTTON, JR., KATSUHIKO OKUBO, RICHARD C. SMITH, JUNE E. TRAVIS, JAMES N. WHITSON, THE CARLYLE GROUP, CEDAR I HOLDING COMPANY, INC., and CEDAR I MERGER SUB, INC.,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) concerning Stephen J. Oddo, filed December 6, 2010. Mr. Oddo seeks to appear as counsel *pro hac vice* for Plaintiffs Kavaski F. Dadachanji, on behalf of himself and all others similarly situated.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Oddo is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs Kavaski F. Dadachanji, on behalf of himself and all others similarly situated.

Signed: December 6, 2010

David C. Keesler
United States Magistrate Judge